□AO 93    (Rev. 12/03) Search Warrant



# UNITED STATES DISTRICT COURT

AUG 0 2 2013

| District of | Alaska |
| --- | --- |

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| In the Matter of the Search of | **SEARCH & SEIZURE WARRANT** |
| --- | --- |
| (Name, address or brief description of person or property to be searched) | |

Express Mail EI 711268874 US, bearing meter number 00060708-09 in the amount $54.95, addressed to "Ms D. Qilaqusuk, Box 128, Kaktovik, Alaska, 99747, from "I Soplu, Box 60545, Fai, AK 99706."

Case Number: 4:13-mj-00033-SAO

TO: ANY U.S. POSTAL INSPECTOR OF THE | or any Authorized Officer of the United States
U.S. POSTAL INSPECTION SERVICE (USPIS)

Affidavit(s) having been made before me by | Justin M. Page | who has reason to believe
                                   Affiant

that □ on the person of, or X on the premises known as (name, description and/or)

The above described article, currently located at the Fairbanks Main Post Office, 5400 Mail Trail Road, Fairbanks, AK 99709.

in the | District of | Alaska | there is now
concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, heroin, and/or proceeds from sale of controlled substances in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before | August 10, 2013
                                                             Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the

search ☒ in the daytime — 6:00 AM to 10:00 P.M. | □ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to | as required by law.

U.S. Magistrate Judge   (Rule 41 (f)(4))

August 1, 2013 at 4:15 PM | at | Fairbanks, AK
Date and Time Issued

Scott A Oravec   / U.S. Magistrate Judge | Redacted Signature
Name and Title of Judge

| RETURN | Case Number: | 4:13-mj-00033-SAO |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 8 1 2013 | 8 1 2013   5:38 pm | |

INVENTORY MADE IN THE PRESENCE OF

INSPECTOR KIM DALLAS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(6) 750 ml bottles of RICH & ROYAL WHISKEY.

JMP                                         JMP

JMP                                         JMP

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Redacted Signature

Justin M. Page                                    USPIS

Subscribed, sworn to, and returned before me this date

Redacted Signature                              August 2, 2013

Signature of Judge                              Date